UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                )
                                      )
GOLDSTEIN, LEONARD                    )      Case #: 6:11-bk-13664-KSJ
GOLDSTEIN, JEAN ANN                   )      Chapter 7
                                      )
    Debtors                           )

TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtors and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363, reports that he intends to sell the following described property on or after the 21st day from the date of mailing this Report and Notice under the terms and conditions stated:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801,and serve a copy on, Richard B. Webber II, Trustee, PO Box 3000, Orlando FL 32802-3000, and a copy to United States Trustee Office, 135 W. Central Blvd, Suite 620, Orlando, FL 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. Description of Property: Estate assets as shown below, hereinafter referred to as the "Property"

| Description of Property | Fair Market Value | Value after liens, discounts and exemptions |
|---|---|---|
| 2008 Dodge Pickup | $12,975.00 | $3,360.00 |

2. Method of Sale: The Property will be sold to a private party on or after November 22, 2011. The name and address of the private party, hereinafter referred to as the "Private Party" is:

    LEONARD GOLDSTEIN, **DEBTOR**
    JEAN ANN GOLDSTEIN, **DEBTOR**
    1280 GROVE DRIVE
    LEESBURG, FL 34788

3. Property Information and Insurance: The debtor(s) valued the Property on Schedule B of the bankruptcy petition dated September 08, 2011 at $12,975.00. The property has been not been appraised as an appraisal would be burdensome to the estate. The sales price was determined by the description and

condition as reported by the Debtor and allowing for the Debtor's exemptions, costs of pickup, storage, and sale. The debtor(s) maintain insurance on the Property and has agreed to name the Trustee as loss payee.

4. <u>Terms of the Sale</u>: The selling price to the Private Party is $3,360.00 to be paid in 10 consecutive monthly installment payments in the amount of $336.00 per month beginning November 1, 2011. The debtors also agree to turn over the exempt portion of their 2011 income tax refund and apply it to the buyback. The Trustee acknowledges receipt of the initial payment. The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold "AS-IS", "WHERE-IS", "WITH ALL FAULTS and DEFECTS THEREIN", and subject to all liens and encumbrances. The debtor is entitled to claim a $2,000.00 automobile exemption in the Property.

5. <u>The Property is being sold subject to the following liens and encumbrances</u>:

        Lien holder name & address        Amount of Lien
        **NO KNOWN LIENS OR ENCUMBRANCES**

The Trustee has noted all liens of which he has knowledge. However, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency unless the vehicle is being sold to the debtor.

The Trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth below and / or a favorable disposition of any objections to the sale. The Trustee, until the expiration of the time with which parties may object to the proposed sale, will entertain any higher bids for the purchase of the Property being sold. Such bids much be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. The proposed purchase price must be higher than the Fair Market Value. Any higher bid must be received by the Trustee at the address listed below no later than twenty one (21) days from the date of this notice. Inspection of the Property may be arranged by contacting the Trustee. Should a higher bid be received, the Trustee will conduct a telephonic auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated: November 1, 2011

                /s/ Richard B. Webber II, Trustee
                Richard B. Webber II, Trustee
                PO Box 3000
                Orlando FL 32802-3000
                Office: (407) 425-7010

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, Florida 32801 this November 1, 2011.

                                                /s/ Richard B. Webber II, Trustee
                                                 Richard B. Webber II, Trustee

```
Label Matrix for local noticing           Florida Dept of Labor and Security      Florida Dept of Revenue
113A-6                                     Hartman Building, Suite 307             P.O. Box 6668
Case 6:11-bk-13664-KSJ                     2012 Capital Circle, Southeast          Tallahassee, FL 32314-6668
Middle District of Florida                 Tallahassee, FL 32399-6583
Orlando
Tue Nov  1 11:45:05 EDT 2011

Jean Ann Goldstein                         Leonard Goldstein                       IRS
1280 Grove Drive                           1280 Grove Drive                        Centralized Insolvency Operations
Leesburg, FL 34788-8234                    Leesburg, FL 34788-8234                 P.O. Box 7346
                                                                                   Philadelphia, PA 19101-7346


PNC Bank                                   AT&T Universal Card                     American Express
P O Box 94982                              POB 6404                                POB 360001
Cleveland, OH 44101-4982                   The Lakes, NV 88901-6404                Fort Lauderdale, FL 33336-0001


American Express                           American Express/Delta Sky Miles        Aspire
POB 36001                                  POB 360002                              Po Box 105341
Fort Lauderdale, FL 33336-0001             Fort Lauderdale, FL 33336-0002          Atlanta, GA 30348-5341


Associated Recovery Systems                Bank of America                         Borack & Associates, P.A.
Po Box 469046                              POB 15726                               2300 Maitland Center Pkwy
Escondido, CA 92046-9046                   Wilmington, DE 19886-5726               Suite 200
                                                                                   Maitland, FL 32751-7411


Capital Management Services                Chase                                   Chase
726 Exchange Street                        POB 152548                              Po Box 15153
Suite 700                                  Wilmington, DE 19866-5548               Wilmington, DE 19886-5153
Buffalo, NY 14210-1464


Chase Bank USA, N.A.                       (p)CITIBANK                             Collectcorp Corporation
POB 15153                                  PO BOX 20487                            455 N. 3rd Street
Wilmington, DE 19886-5153                  KANSAS CITY MO 64195-0487               Suite 260
                                                                                   Phoenix, AZ 85004-0630


Discover Bank                              (p)DISCOVER FINANCIAL SERVICES LLC      FIA CARD SERVICES, N.A.
DB Servicing Corporation                   PO BOX 3025                             PO Box 15102
PO Box 3025                                NEW ALBANY OH 43054-3025                Wilmington, DE 19886-5102
New Albany OH  43054-3025


FIA Card Services/Bank of America          Florida Department of Revenue           GE Money Bank
Po Box 15137                               Bankruptcy Unit                         POB 6153
Wilmington, DE 19850-5137                  Post Office Box 6668                    Rapid City, SD 57709-6153
                                           Tallahassee FL 32314-6668


GM Card                                    Harold E. Scherr                        Internal Revenue Service
Dept 9600                                  1064 Greenwood Blvd.                    Post Office Box 7346
Carol Stream, IL 60128-9600                Suite 328                               Philadelphia PA 19101-7346
                                           Lake Mary, FL 32746-5419
```

| | | |
|---|---|---|
| JP Morgan Chase Bank<br>POB 78067<br>Phoenix, AZ 85062-8067 | Lake County Tax Collector<br>Attn: Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | Law Office of John Frye<br>POB 13665<br>Roanoke, VA 24036-3665 |
| MRS Associates, Inc.<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003-2016 | Melissa A. Ferris, P.A.<br>Po Box 547816<br>Orlando, FL 32854-7816 | NAFS<br>Po Box 9027<br>Willamsville, NY 14231-9027 |
| Northland Group<br>Po Box 390905<br>Edina, MN 55439-0905 | OSI Collections Service, Inc<br>POB 105341<br>Horsham, PA 19044 | Orchard Bank<br>POB 5222<br>Carol Stream, IL 60197-5222 |
| PNC Bank<br>POB 747066<br>Pittsburgh, PA 15274-7066 | Peconic Bay MC<br>1300 Roanoke Ave<br>Riverhead, NY 11901-2058 | Sears Gold Mastercard<br>POB 6936<br>The Lakes, NV 88901-6936 |
| Wagner & Hunt, PA<br>Po Box 934788<br>Margate, FL 33093-4788 | Zakheim & Associates, P.A.<br>1045 S. University Drive<br>Suite 202<br>Plantation, FL 33324-3333 | Zwicker & Associates, P.C.<br>3030 Hartley Road<br>Suite 150<br>Jacksonville, FL 32257-8210 |
| Paul H Lee Jr+<br>15930 US Highway 441<br>Suite C<br>Eustis, FL 32726-6552 | United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citi Card<br>POB 6405<br>The Lakes, NV 88901-6405 | (d)Citi Cards<br>POB 6140<br>The Lakes, NV 88901-6410 | Discover Card<br>POB 15251<br>Wilmington, DE 19886-5251 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Karen S. Jennemann<br>Orlando | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients    1<br>Total    48 |